# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. 17-00349-01-CR-W-HFS |
| ANTHONY PELTIER, | ) ) ) | |
| Defendant. | ) | |

### MEMORANDUM OF MATTERS DISCUSSED AND ACTION TAKEN AT PRETRIAL CONFERENCE

**PENDING CHARGE**: On November 14, 2017, the Grand Jury returned a one-count Indictment charging that from August 2015 to October 8, 2015, the Defendant, Anthony Peltier, having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting commerce, a firearm.

The following matters were discussed and action taken during the pretrial conference:

**TRIAL COUNSEL**:
    Government: David Raskin, David Wagner, and Barry Kent Disney, I
        Case Agent: Special Agent Jason Ramsey, FBI
   Defense: Travis Poindexter
        Investigator: Gina Slack

**OUTSTANDING MOTIONS**: No outstanding motions.

**TRIAL WITNESSES**:
    Government: 50 without stipulations
    Defendant: 10 witnesses, including the Defendant

**TRIAL EXHIBITS:**
    Government: approximately 200 exhibits
    Defendant: approximately 30 exhibits

**DEFENSES**: General denial

**POSSIBLE DISPOSITION**:
    ( ) Definitely for trial; ( ) Possibly for trial; (x) Likely a plea will be worked out

**TRIAL TIME: 2 ½ weeks total**
    Government's case including jury selection: 14 day(s)
    Defendant: 3-4 day(s)

**STIPULATIONS**: None at this time but anticipate stipulations will be worked out

**UNUSUAL QUESTIONS OF LAW:** None

**FILING DEADLINES:**

    **Witness and Exhibit List**
        Government: None filed. **Due on or before September 7, 2021**.
        Defendant: None filed. **Due on or before September 7, 2021.**

    **Counsel are requested to list witnesses in alphabetical order on their witness list.**

    **Exhibit Index, if required by the District Court, Voir Dire, Jury Instructions: Due on or before September 15, 2021.**

**Please Note**: Jury instructions must comply with Local Rule 51.1

    **Motion in Limine: Due on or before September 15, 2021.**

**TRIAL SETTING**: Criminal jury trial docket set for September 20, 2021.

    **Please note:** This matter will be tried with *U.S.A v. Peltier*, 18-00036-08-CR-W-BCW. Defendant would prefer to start trial the second week.

    **IT IS SO ORDERED**

                                                */s/ Lajuana M. Counts*
                                                LAJUANA M. COUNTS
                                                UNITED STATES MAGISTRATE JUDGE